No. 80–5689. COREY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–5694. KENNEY *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 80–5697. PATTERSON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–5699. DEEMS *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 80–5719. DUFUR, AKA BAKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5723. BONI *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 80–5726. LIGHT *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 80–5742. TURNER *v.* MUNCY, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 4th Cir. Certiorari denied.

No. 80–5743. PRY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–5755. HARDING *v.* BORDENKIRCHER, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 80–5791. YARETSKY ET AL. *v.* BLUM, COMMISSIONER, NEW YORK STATE DEPARTMENT OF SOCIAL SERVICES, ET AL. C. A. 2d Cir. Certiorari denied.

No. 80–5800. LAROSE *v.* WORCESTER HOUSING AUTHORITY ET AL. C. A. 1st Cir. Certiorari denied.